IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02931-CMA-KLM

DEREK THIESS, and
ALBERT THIESS,

    Plaintiffs,

v.

RANDAL MERCER, and
KARIN MERCER,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Sanctions for Spoliation of Evidence** [Docket No. 48; Filed June 17, 2010] (the "Motion"). Judge Christine M. Arguello is the District Judge assigned to this matter. As such, all filed motions must comply with Judge Arguello's practice standards. The Motion, which is twenty-six pages long, fails to comply with Judge Arguello's page limitation which specifies that motions shall be no more than fifteen pages in length. CMA Practice Standard III.A.1. Moreover, the circumstances at issue in the motion lack the extraordinary complexity required to exceed the page limitation. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** with leave to refile in compliance with Judge Arguello's practice standards.

Dated: June 23, 2010