IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02931-CMA-KLM

DEREK THIESS, and
ALBERT THIESS,

    Plaintiffs,

v.

RANDAL MERCER, and
KARIN MERCER,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 67; Filed September 23, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on March 3, 2010 [Docket No. 31], and amended on July 16, 2010 [Docket No. 57], is further modified as follows:

- Expert Disclosure Deadline — **December 13, 2010**
- Rebuttal Expert Disclosure Deadline — **January 11, 2011**
- Discovery Cut-Off — **January 14, 2011**
- Expert Discovery Cut-Off — **February 14, 2011**
- Dispositive Motions Deadline — **March 7, 2011**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 2, 2011 at 9:30 a.m. is **vacated** and **RESET** to **April 4, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than March 28, 2011**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: September 23, 2010