**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02931-CMA-KLM

DEREK THIESS, and
ALBERT THIESS,

    Plaintiffs,

v.

RANDEL MERCER, and
KARIN MERCER,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Joint Motion To Dismiss With Prejudice (Doc. # 73). The Court having considered the Motion To Dismiss, hereby

ORDERS that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs incurred in connection with this action.

All pending hearings and deadlines related to this matter are hereby VACATED.

DATED: November   04  , 2010

                                          BY THE COURT:

                                          *[signature]*

                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge